1  Robert D. Rodriguez SBN: 242396
   **LAW OFFICE OF ROBERT D. RODRIGUEZ**
2  429 13th Street
   Modesto, California 95354
3  (209) 596-4263 (telephone)
   (800) 567-9316 (fax)

4  PRO SE

5

6

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10 ROBERT D. RODRIGUEZ,                          No: 3:13-CV-00925-CRB

11              Plaintiff,                        **ORDER ON PLAINTIFF ROBERT D.
                                                  RODRIGUEZ'S EX PARTE
12 v.                                             APPLICATION REQUESTING
                                                  ORDER ENLARGING TIME TO FILE
13 BRIAN DEL BOVE, LAW OFFICE OF BRIAN            OPPOSITION TO DEFENDANTS
   DEL BOVE, and unknown entity, LESLIE          BRIAN DEL BOVE, LAW OFFICE OF
14 MATTUCCI, TISH REESE, MARGARETHA M.           BRIAN DEL BOVE'S F.R.C.P. 12 (B) 6
   SMIT, and DOES 1 – 30, inclusive,             MOTION TO DISMISS FOR LACK OF
15                                                JURISDICTION (Civil L.R. 6-1)**
16              Defendants.
                                                  Date: Ex Parte
17                                                Time: Ex Parte
                                                  Courtroom: 6, 17th Floor
18                                                Judge: Hon. Charles R. Breyer
19

20

21      Plaintiff ROBERT D. RODRIGUEZ'S (Hereinafter "Plaintiff") ex parte application and

22 request for order to enlarge time to file opposition to Defendants BRIAN DEL BOVE, LAW

23 OFFICE OF BRIAN DEL BOVE (Hereinafter Collectively "Defendants") <u>Fed. Rule of Civ. P.</u>

24 12(B) 6 Motion to Dismiss for Lack of Jurisdiction was presented on or about September 11,

25 2013, in courtroom 6, 17th Floor, the Hon. Charles R. Breyer presiding.

26

27                                        1

28

1    The ruling of the order of court is as follows:

2    The matter having been submitted and good cause appearing therefor:

3    **IT IS NOW THE ORDER OF THIS COURT** – Plaintiff ROBERT D. RODRIGUEZ'S

4
5    ex parte application and request for order to enlarge time to file opposition to Defendants BRIAN

6    DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE'S <u>Fed. Rule of Civ. P.</u> 12(B) 6 Motion to

7    Dismiss for Lack of Jurisdiction is **GRANTED.**  Plaintiff's opposition to the motion being filed

8    on September 16, 2013, defendant's reply due September 23, 2013.

9

10   DATED:  September 17, 2013

11

12

13                                                                    

14                      U.S.DIS...        Judge Charles R. Breyer

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2

28   ORDER ON PLAINTIFF ROBERT D. RODRIGUEZ'S EX PARTE APPLICATION REQUESTING ORDER
     ENLARGING TIME TO FILE OPPOSITION TO DEFENDANTS BRIAN DEL BOVE, LAW OFFICE OF BRIAN
     DEL BOVE'S F.R.C.P. 12 (B) 6 MOTION TO DISMISS FOR LACK OF JURISDICTION (Civil L.R. 6-1)