1  Robert D. Rodriguez SBN: 242396
   **LAW OFFICE OF ROBERT D. RODRIGUEZ**
2  429 13th Street
   Modesto, California 95354
3  (209) 596-4263 (telephone)
   (800) 567-9316 (fax)
4
   PRO SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ROBERT D. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE, and unknown entity, LESLIE MATTUCCI, TISH REESE, MARGARETHA M. SMIT, and DOES 1 – 30, inclusive,<br><br>Defendants. | No: 3:13-CV-00925-CRB<br><br>**ORDER ON PLAINTIFF ROBERT D. RODRIGUEZ'S EX PARTE APPLICATION REQUESTING ORDER ENLARGING TIME TO FILE OPPOSITION TO DEFENDANTS BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE'S F.R.C.P. 12 (B) 6 MOTION TO DISMISS FOR LACK OF JURISDICTION (Civil L.R. 6-1)**<br><br>Date: Ex Parte<br>Time: Ex Parte<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |
|---|---|

Plaintiff ROBERT D. RODRIGUEZ'S (Hereinafter "Plaintiff") ex parte application and request for order to enlarge time to file opposition to Defendants BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE (Hereinafter Collectively "Defendants") <u>Fed. Rule of Civ. P. 12(B) 6 Motion to Dismiss for Lack of Jurisdiction</u> was presented on or about September 11, 2013, in courtroom 6, 17th Floor, the Hon. Charles R. Breyer presiding.

1

---

ORDER ON PLAINTIFF ROBERT D. RODRIGUEZ'S EX PARTE APPLICATION REQUESTING ORDER ENLARGING TIME TO FILE OPPOSITION TO DEFENDANTS BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE'S F.R.C.P. 12 (B) 6 MOTION TO DISMISS FOR LACK OF JURISDICTION (Civil L.R. 6-1)

The ruling of the order of court is as follows:

The matter having been submitted and good cause appearing therefor:

**IT IS NOW THE ORDER OF THIS COURT** – Plaintiff ROBERT D. RODRIGUEZ'S ex parte application and request for order to enlarge time to file opposition to Defendants BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE'S Fed. Rule of Civ. P. 12(B) 6 Motion to Dismiss for Lack of Jurisdiction is **GRANTED.** Plaintiff's opposition to the motion being filed on September 16, 2013, defendant's reply due September 23, 2013.

DATED: September 17, 2013

_____
U.S.D.J.

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

ORDER ON PLAINTIFF ROBERT D. RODRIGUEZ'S EX PARTE APPLICATION REQUESTING ORDER ENLARGING TIME TO FILE OPPOSITION TO DEFENDANTS BRIAN DEL BOVE, LAW OFFICE OF BRIAN DEL BOVE'S F.R.C.P. 12 (B) 6 MOTION TO DISMISS FOR LACK OF JURISDICTION (Civil L.R. 6-1)